**Electronically Filed
Supreme Court
SCWC-22-0000084
04-JUN-2026
08:02 AM
Dkt. 36 ODSAC**

SCWC-22-0000084

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TIKI'S GRILL & BAR, LLC,
Respondent/Plaintiff-Appellant,

vs.

DTRIC INSURANCE COMPANY, LIMITED,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000084; CASE NO. 1CCV-20-0001213)

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Devens, C.J., McKenna, and Ginoza, JJ., and
Circuit Judge Nichols, in place of Eddins, J., recused;
and Circuit Judge Holma, assigned by reason of vacancy)

Upon consideration of the records and files in this case, and the oral argument held on June 2, 2026, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED: Honolulu, Hawaiʻi, June 4, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Steven R. Nichols

/s/ Karin L. Holma

